

# Summons

## Collection Information Statement

In the matter of  JEFFREY S GRANSEE, SALS NEW IMAGE, 109 W MADISON, MILTON, WI 53563
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 4 (24)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:**  JEFFREY GRANSEE
**At:**  109 W. MADISON, MILTON, WI  53563

You are hereby summoned and required to appear before DEBORAH L KARWACKI, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2013  To 03/31/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

N14 W24200 TOWER PLACE,  WAUKESHA,  WI  53188  (262) 513-3535

Place and time for appearance: At  N14 W24200 TOWER PLACE,  WAUKESHA,  WI  53188

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  21st  day of  May , 2013  at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this 18th  day of April                    , 2013

*Deborah L Karwacki*
DEBORAH L KARWACKI                                             REVENUE OFFICER
Signature of issuing officer                                                      Title

_____              _____
Signature of approving officer *(if applicable)*                              Title

Exhibit 2    Original -- to be kept by IRS

## Attachment 1 to Summons Form 6637

In the matter of **JEFFREY S GRANSEE**

Period information: Form 940 for the calendar period ending December 31, 2010 and Form 941 for the quarterly periods ending June 30, 2010, September 30, 2010, December 31, 2010, September 30, 2011, December 31, 2011, March 31, 2012, September 30, 2012 and December 31, 2012

Exhibit 2



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date 4/18    Time 11:00 am

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

TAPED to ~~door~~ front door

Signature  Deborah Karwacki    Title 11:00 am

**I certify that the copy of the summons served contained the required certification.**

Signature Deborah Karwacki    Title RO

Catalog No. 25000Q    Form 6637 (Rev. 10-2010)

Exhibit 2